## KEY *v.* ROBERTS.

### JUSTICE OF THE PEACE, APPEALS FROM.

Prior to the act of Congress of June 30, 1902, amending certain provisions of the code, a judgment of the Supreme Court of the District of Columbia was final and not appealable to this court, when rendered upon an appeal from a judgment of a justice of the peace; section 82 of the code, prior to the amendatory act, being in full force and operation and not being nullified by section 226; *following* Groff v. Miller, *ante,* p. 353.

No. 1220.  Submitted.  Decided June 24, 1902.

HEARING on a motion by the appellee to dismiss an appeal from the judgment of the Supreme Court of the District of Columbia in a cause appealed to that court from a justice of the peace.                                        *Granted.*

*Mr. W. C. Prentiss* for the appellee for the motion.

*Mr. Henry P. Blair, Mr. F. D. McKenney,* and *Mr. J. S. Flannery* for the appellant, opposed.

Mr. Chief Justice ALVEY delivered the opinion of the Court:

The motion to dismiss the appeal in this case must prevail. The action was originally brought before a justice of the peace of this District to recover the sum of $196.30. The case was regularly tried by the justice of the peace, and a judgment was rendered for the plaintiff, William F. Roberts, and the defendants appealed to the Supreme Court of the District, where the appeal was tried *de novo* before a jury. The trial resulted in a verdict and judgment in favor of the plaintiff against one of the defendants, but in favor of Scott, the other defendant, and the defendant James S. Barton Key has appealed to this court.

This motion to dismiss is controlled and must abide the decision just made by this court in the case of *Groff* v. *Miller* (*ante,* p. 353), in which it is held that section 82 of the new code is in full force and operation, and not nullified by section 226 of the code. The appeal must, therefore, be dismissed, and it is so ordered.    *Appeal dismissed.*

On the 3d day of July, 1902, a motion for a rehearing was made on behalf of the appellant. It was overruled October 15, 1902, Mr. Chief Justice ALVEY delivering the opinion of the Court:

For the same reasons that the motion for rehearing was overruled in the case *Groff* v. *Miller* (*ante,* p. 353), the motion in this case is overruled — the ground of the motions in both cases being the same.

*Motion for rehearing overruled.*